```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
                                    )
ERIN E. ROSS and                    )    No. 21-90196
ROBERT L. ROSS,                     )
                                    )
          Debtors.                  )
```

**OBJECTION TO CONFIRMATION OF DEBTORS'
1st AMENDED PLAN FILED ON JULY 19, 2021**

NOW COMES Ford Motor Credit Company LLC, (hereinafter "FMCC"), by its attorneys, Califf & Harper, P.C., and pursuant to Bankruptcy Rule 3015 objects to the Debtors' Amended Plan for the following reasons:

1. Debtors sought and obtained relief from this Court by a Chapter 13 Petition filed on or about April 12, 2021.

2. On or about February 8, 2018, Robert L. Ross, ("Debtor" herein), entered into a Retail Installment Contract with April 26, 2021an Pilson Auto Center, Inc. A copy of the Retail Installment Contract is attached hereto and made a part hereof as Exhibit 1.

3. On or about February 8, 2018, the Retail installment Contract was assigned to FMCC.

4. Under the terms and provisions of the Retail Installment Contract, the Debtor agreed to pay FMCC the sum of $1,162.40 per month for a period of seventy-two (72) months with the first payment being due on March 10, 2018.

5. As security for payment to FMCC, Debtor gave to FMCC a lien on the Certificate of Title to a 2017 Ford F350, Vehicle Identification No. 1FT8W3DT0HED76624. A copy of the Certificate

of Title is attached hereto and made a part hereof as Exhibit 2.

6. Under the terms and provisions of the Amended Chapter 13 Plan the Debtors propose to pay FMCC the sum of $35,000.00 plus interest at the rate of 5% per annum as secured, balance unsecured.

7. Pursuant to 11 U.S.C. Section 1325(a)(5) FMCC is entitled to the sum of $38,757.97 plus interest at the rate of 5.25% per annum.

WHEREFORE, FMCC objects to Debtors' Plan.

Dated this 20th day of July, 2021.

           FORD MOTOR CREDIT COMPANY LLC,
           Creditor,

           By  /s/ Steven L. Nelson
             For Califf & Harper, P.C.
             Its Attorneys

Steven L. Nelson 02034646
CALIFF & HARPER, P.C.
1515 5th Avenue
Moline, IL 61265
Phone:  309/764-8300

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was sent to Erin E. Ross and Robert L. Ross, 112 West Pembroke Street, Tuscola, IL 61953, Attorney John L. Greenleaf, Jr., 2456 North Main Street, Decatur, IL 62526, the Trustee, Marsha L. Combs-Skinner, P.O. Box 349, Newman, IL 61942, and the U.S. Trustee, 401 Main Street, #1100, Peoria, IL 61602 by enclosing the same in an envelope in a U.S. Post Office mail box in Moline, IL on the 26th day of April, 2021, or electronically on July 20, 2021.

                        /s/ Steven L. Nelson